**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 16-91133 | | | Trustee Name: | Kristin L. Wilson |
| Case Name: | SID'S, INC. | | | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 03/31/2018 | | | §341(a) Meeting Date: | 01/19/2017 |
| | | | | Claims Bar Date: | 07/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Gifford State Bank Checking 3526 | $1,488.22 | $1,488.22 | | $0.00 | FA |
| 2  Accounts receivable | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 3  Other inventory or supplies Oil, lubricants, and nominal supplies for trucks $0.00 Recent cost | $150.00 | $150.00 | | $0.00 | FA |
| 4  Office furniture Various office equipment; file cabinets $0.00 Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 5  Unit 140: 1999 Freightliner FLD120,VIN: 1FUYDSEB6XL952807 $0.00 Comparable sale | $10,000.00 | $0.00 | | $0.00 | FA |
| 6  Unit 146: 2013 Dodge Ram 5500 Rollback, VIN: 3C7WRMDL6DG595825 – with Back End: 2013 Vulcan 19.5' Steel Carrier, Serial #: 195C10S04864HF13 - repossessed and in possession of Specialty Vehicle & Equipment Funding $0.00 Liquidation | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 7  Unit 148: 2015 Ford F550 Roll Back VIN #: 1FDUF5GT1FEA17538 with Back End: 2014 Vulcan 19.5' Steel Carrier, Serial #: 195C10S07000GD14 $0.00 Appraisal | $40,000.00 | $0.00 | | $0.00 | FA |
| 8  Unit 152: 2004 Dodge Ram service truck VIN: 1D7HA16N44J200877 $4,990.00 Replacement | $4,990.00 | $4,990.00 | | $0.00 | FA |
| 9  Unit 154: 1997 International 4700 Red VIN: 1HTSCABM3VH454728 $0.00 Comparable sale | $5,400.00 | $5,400.00 | | $0.00 | FA |
| 10 Unit 155: 1996 International 4700 Yellow VIN: 1HTSCABM2TH242190 $0.00 Comparable sale | $3,500.00 | $3,500.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 16-91133 | | | Trustee Name: | Kristin L. Wilson |
|---|---|---|---|---|---|
| Case Name: | SID'S, INC. | | | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 03/31/2018 | | | §341(a) Meeting Date: | 01/19/2017 |
| | | | | Claims Bar Date: | 07/18/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Unit 156: 2000 Freightliner PW, VIN: 1FUPCSZB5YPF04192 Unknown Comparable sale | $50,000.00 | $0.00 | | $0.00 | FA |
| 12 | Unit 157: 2008 Ford F550 (Light wrecker), VIN: 1FDAF56R28EC49111 Unknown Comparable sale | $10,000.00 | $0.00 | | $0.00 | FA |
| 13 | Unit 158: 2002 International 4600, VIN: 1HTMMAAM42H516298 $0.00 | $14,500.00 | $14,500.00 | | $0.00 | FA |
| 14 | Unit 161: 1994 Ford Superduty, VIN: 1FDLF47M1REA04937 (has a bad motor) $0.00 | $1,473.00 | $1,473.00 | | $0.00 | FA |
| 15 | Unit 159: 2015 Freightliner M-2 Roll Back VIN: 1FVACWDT3FHGJ4450 with Back End: 2014 Century 21' Steel Carrier, Serial #: 215L12S08236GK14 $0.00 Appraisal | $50,000.00 | $0.00 | | $0.00 | FA |
| 16 | Unit 163: 1998 International 9000 (semi truck) $0.00 Comparable sale | $18,500.00 | $18,500.00 | | $0.00 | FA |
| 17 | Unit 175: 2012 International Pro-Star, VIN: 1HTMKAZN6CH044206- repossesed and in possession of Specialty Vehicle & Equipment Funding $0.00 Comparable sale | $16,900.00 | $16,900.00 | | $0.00 | FA |
| 18 | Unit 176: 2014 Ford F-450, VIN: 1FDUF4GT9EEA05288 $0.00 Liquidation | $38,427.00 | $0.00 | | $0.00 | FA |
| 19 | 2015 Interstate Cargo Trailer, VIN: 1UK500F24F1084952 $0.00 Comparable sale | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 20 | 2016 Interstate Cargo Trailer, VIN: 1UK500F26G1086753 $0.00 Comparable sale | $4,840.00 | $4,840.00 | | $0.00 | FA |
| 21 | 1993 Great Dane Trailer, VIN: 1GRAA0627PB140903 $0.00 | $6,500.00 | $6,500.00 | | $0.00 | FA |
| 22 | 1993 Monon Trailer, VIN: 1NNVX5329PM179347 $0.00 Comparable sale | $5,950.00 | $5,950.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 16-91133 | Trustee Name: | Kristin L. Wilson |
| --- | --- | --- | --- |
| Case Name: | SID'S, INC. | Date Filed (f) or Converted (c): | 11/17/2016 (f) |
| For the Period Ending: | 03/31/2018 | §341(a) Meeting Date: | 01/19/2017 |
| | | Claims Bar Date: | 07/18/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | 2016 Interstate Cargo Trailer Ball style, VIN: 1UK500L28G1087570 $0.00 Comparable sale | $4,840.00 | $4,840.00 | | $0.00 | FA |
| 24 | 2015 Landoll Trailer $0.00 Comparable sale | $80,400.00 | $0.00 | | $0.00 | FA |
| 25 | Chains, GPS units, un-lock kits, CB radios & antennas, alluminum jacks, and other equipment on the individual trucks. $0.00 Replacement | $40,000.00 | $40,000.00 | | $0.00 | FA |
| 26 | Mechanics tools $0.00 Liquidation | $3,000.00 | $3,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$454,858.22     $176,031.22     $0.00     $5,000.00

**Major Activities affecting case closing:**

03/27/2018    Employed counsel for adversary actions.
01/27/2018    Consulted with counsel regarding action for recovery of funds.

Initial Projected Date Of Final Report (TFR):    04/30/2018     Current Projected Date Of Final Report (TFR):     /s/ KRISTIN L. WILSON

KRISTIN L. WILSON